**THOMAS DALE and ELIZABETH, his Wife, late Elizabeth Snow, v. CLAYTON SNOW, late Guardian of Elizabeth.**

Orphans' Court. Kent. August 11, 1817.

*Ridgely's Notebook I, 126.*

*Clayton* for appellants.

Exceptions:

1. That said guardian has charged the said Elizabeth in said accounts with clothing and boarding, when in fact she ought not to have been so charged, as the labor and services of said Elizabeth was worth to said guardian more than her said clothing and board.

2. For that said Elizabeth was not at school for so long a time as is mentioned in said account.

3. For that said guardian has no legal vouchers for the different items allowed in his said accounts for payments and disbursements.

The vouchers have been compared with the charges and they agree.

Susan Smith, witness for appellee. When Elizabeth Moore went to Mr. Snow her clothing was indifferent. She had not much. Do not know how long she went to school. Do not know about her work. She had a calico frock, and a couple of petticoats not good, frock was middling good.

John Lewis, witness for appellants. I lived about house of Clayton Snow twenty months Elizabeth was there, washed, scoured, and worked like a hireling. She lost some of her schooltime. I lived last year, 1816, with Mr. Snow.

Sarah Hefficker, witness for appellants. Lived with Snow, near two years. Last year and year before. Elizabeth Snow was kept at work about house. She had lived at Snows before I went. She did not go to school while I lived there. I went Spring of 1815. She cooked, washed, spun and knit. Was sometimes idle.

BY THE COURT. This guardianship continued from February 19, 1813, to March 26, 1817, four years and one month, and near half a month. The ward was thirteen or fourteen when the guardianship commenced. She went to school fifteen months. When not at school she worked in the family, but sometimes was idle; she ought to have been made to work reasonably.

The whole amount of charges is - - - $164.41
Charges for taxes, debts, etc. not including board and schooling - - - - - 30.71

133.70

Allow to pay for board, clothes and fifteen months' schooling - - - - - - - - - 66.85
The charges for taxes etc. - - - - - - - 30.71
Excess of charge - - - - - - - - - 66.85

164.41

The ward's rent from her land was annually $19.05 or thereabout. She had personal estate $65.34½. When not in school her services were worth her board and clothing. The $66.85 to be charged to guardian as improperly allowed.